**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Debtors.**
**________________________/**

**Case No. 11-39825 LMI**
**Chapter 7**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Plaintiffs,**

**Adv. Case No. 13-01141 LMI**

**vs.**

**Ryan Mack d/b/a**
**Griffin Galleries,**
**Defendant.**
**________________________/**

**PLAINTIFFS' RESPONSE TO EX-PARTE MOTION FOR ENTRY OF ORDER AUTHORIZING FBI TO COMPLY WITH SUBPOENA AND REQUEST FOR HEARING**

**COME NOW THE PLAINTIFFS, LESLIE HOWARD ROBERTS, JR. AND SILVIA CASTRO ROBERTS,** by and through the undersigned attorney, and file this Response to the Ex-Parte Motion for Entry of an Order Authorizing the FBI to Comply with the Subpoena and in support thereof state the following:

1. The FBI objected to the subpoena and asserted that it violates the Plaintiffs' privacy.

2. The Plaintiffs believe that the subpoena is overly broad and asks for the production of items that are not relevant to the proceeding before this Court.

3. The Plaintiffs request that a protective order be entered or, in the alternative, that the scope of the subpoena be narrowed so as to only request items relevant to this litigation.

4. The Plaintiffs further request that the Court schedule the matter for a hearing rather than enter the proposed order identified as Exhibit C in the Defendant's Motion.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 23, 2013 a copy of the foregoing Answer to the Counterclaim was delivered to Allison L. Freidman, Esq. by email to ralfriedman@hotmail.com.

Submitted by: /s/ Mark S. Steinberg
Signature

Mark S. Steinberg, Esq.
Florida Bar No. 883913
Attorney for Debtors
9400 South Dadeland Boulevard
Penthouse Five
Miami, Florida 33156
Telephone: (305) 671-0015
Primary email: mss@steinberglawoffices.com
Secondary email: mss25@juno.com