**ORDERED in the Southern District of Florida on November 11, 2013.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
LESLIE HOWARD ROBERTS, JR.
SILVIA CASTRO ROBERTS,

Case No: 11-39825 LMI
Chapter 7

Debtors. _____________________/

LESLIE HOWARD ROBERTS, JR.,
SILVIA CASTRO ROBERTS,

Adversary Case No: 13-01141-LMI

Plaintiffs,

vs.

RYAN MACK D/B/A GRIFFIN GALLERIES,

Defendant. _____________________/

**AGREED ORDER ON MOTION FOR ORDER AUTHORIZING FBI TO COMPLY WITH SUBPOENA**

THIS CAUSE having come before the Court on Wednesday, November 6, 2013, at 10:30 a.m. on Defendant/Counter-Plaintiff RYAN MACK's Motion for Order Authorizing FBI to Comply

with Subpoena (ECF No. 43) and the Court having reviewed said Motion, heard argument of counsel and being otherwise duly advised in its Premises, it is ORDERED AND ADJUDGED that:

1. This Order is entered for the purpose of protecting the right of privacy of those individuals, including LESLIE HOWARD ROBERTS, JR. and SILVIA CASTRO ROBERTS, whose names appear in the records described in the attached Subpoena for Records without deposition. An agency is prohibited from disclosing records or information contained in records protected under the Privacy Act unless such disclosure falls within one of the exceptions set forth at 5 U.S.C. Section 522a(b). Pursuant to 5 U.S.C. Section 522a(b) (11), disclosure is allowed if made "pursuant to the order of a court of competent jurisdiction." To invoke this exception to the Privacy Act, the Court must make a determination that the need for disclosure of the information outweighs the privacy interests of the subject of the disclosure. Perry v. State Farm Fire & Casualty Company, 734 F.2d 1441,1447 (11th Cir.1984), cert. denied 469 U.S. 1108 (1985); Tootle v. Seaboard Coast Line R&R, 468 So.2d 237, 239 (Fla. Dist.Ct.App.1984). The Court has been advised that the parties have mutually agreed to limit the scope of the subpoena that is the subject of the Defendant/Counter-Plaintiff's Motion. Accordingly, this Court find that the items listed in this Order are relevant to the issues raised in the above captioned case and that the need of the party requesting the records outweighs the potential harm to the subjects of the disclosure.

2. Pursuant to the provisions of the Privacy Act, 5 U.S.C. Section 522(a) (b) (11), the Government is authorized to provide to the Defendant/Counter-Plaintiff the following:

a. Bank records for Leslie Howard Roberts, Britto in the Grove, Max in the Grove, Coral Gables Galleries and Silvia Castro Roberts from September 1, 2008 through October 27, 2011.

b. Financial records, including any accounting software, ledgers, books, receipts, bills of lading, credit card statements or similar documents for Leslie Howard Roberts, Britto in the Grove, Max in the Grove, Coral Gables Galleries and Silvia Castro Roberts from September 1, 2008 through October 27, 2011.

c. Correspondences, e-mails, notes, contracts, or letters between Leslie Howard Roberts, employees of Britto in the Grove, Max in the Grove, Coral Gables Galleries, Silvia Castro, Michael Rosen, Romero Britto, Chino Taylor, Magical Thinking Art or Britto Central from September 1, 2008 through October 27, 2011.

d. Invoices for the purchase of art and the sale of art for Leslie Howard Roberts, Britto in the Grove, Max in the Grove, Coral Gables Galleries and Silvia Castro Roberts from September 1, 2008 through October 27, 2011.

3. The Government is entitled to invoke any privilege existing under the law or regulation other than the Privacy Act in connection with its release of such documents.

###

Submitted By:
Allison L. Friedman, Esq.
Florida Bar No. 0055336
Allison L. Friedman, P.A.
20533 Biscayne Boulevard, Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)

Copies furnished to:
Allison L. Friedman, Esq. is directed to mail or electronically serve where available a conformed copy of this Order to all interested parties.