UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 11-39825 LMI
Chapter 7

In Re:
LESLIE HOWARD ROBERTS, JR.
SILVIA CASTRO ROBERTS,

Debtors. /

LESLIE HOWARD ROBERTS, JR.,
SILVIA CASTRO ROBERTS,

Adversary Case No: 13-01141-LMI

Plaintiffs,

vs.

RYAN MACK D/B/A GRIFFIN GALLERIES,

Defendant. /

**NOTICE OF FILING SWORN DECLARATION OF RICHARD ALAYON, ESQ.**

Defendant/Counter-Plaintiff, RYAN MACK, hereby file this his Notice of Filing Sworn Declaration of Richard Alayon, Esq., which is attached hereto.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of November, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
Florida Bar No. 0055336
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)
ralfriedman@hotmail.com

UNITED STATES
BANKRUPTCY COURT
SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION

In Re:
LESLIE HOWARD ROBERTS, JR.
SILVIA CASTRO ROBERTS,

Case No: 11-39825 LMI
Chapter 7

Debtors. ______________________/
LESLIE HOWARD ROBERTS, JR.,
SILVIA CASTRO ROBERTS,

Adversary Case No: 13-1141-LMI

Plaintiffs,

vs.

RYAN MACK D/B/A GRIFFIN
GALLERIES,

Defendant. ______________________/

**SWORN DECLARATION OF FACT OF RICHARD A. ALAYON**

1. My name is Richard A. Alayon and I am a licensed attorney in the State of Florida.

2. On March 13, 2014 I was asked by Defendant Ryan Mack's counsel to authenticate the contents of an e-mail dated December 19, 2009 between lindasafira1@yahoo.com to rlambo121@aol.com that contains the contents of a "cease and desist demand" letter dated December 14, 2009 addressed to Sundook Fine Art Galleries on behalf of Coral Gables Galleries that was allegedly sent by me.

3. I have reviewed the December 19, 2009 e-mail and the contents of the December 14, 2009 cease and desist letter which is attached to this sworn declaration of fact.

4. I do not recall ever sending any such letter as contained in this e-mail. The contents of the letter reflect a writing style and content that is not mine and is not reflective of what I might have communicated relative to its subject matter.

5. I am certain that I did not send any letter or email like the one attached to my sworn declaration.

Executed at Coral Gables, Florida, March 14, 2014. I declare under penalty of perjury that the foregoing is true and correct.

Richard A. Alayon, Esq.

APPROVED AS TO FORM:

Michael W. Lowden

The Lowden Law Firm, LLC

4737 County Road 101, #304

Minnetonka, MN 55345

ATTORNEY FOR Defendant Ryan Mack d/b/a Griffin Galleries

Subj: **Letter sent to Sundook Final**
Date: 12/19/2009 9:50:39 P.M. Central Standard Time
From: lindasafira1@yahoo.com
To: rlambo121@aol.com

Coral Gables Galleries
293 Miracle Mile
Coral Gables , Florida, 33134

December 14 , 2009
Sundook Fine Art Galleries
8903 W Glades Rd
Boca Raton , Florida, 33434
Re: Cease and desist demand
Dear Sir / Madam:
Your Company is in MAJOR violation of Florida 634.336 f.s. Florida False Claims Act. This is a cease and desist order to refrain from any comments or statements about Plaintiff Coral Gables Galleries and their Customers. False claims of fraud on their part is unfounded and without proof. Failure to comply with this cease and desist order will cause a severe multi million dollar action against your company, We advise you to act acordingly.

Florida Law Statutes

634.336 Unfair methods of competition and unfair or deceptive acts or practices defined.--The following methods, acts, or practices are defined as unfair methods of competition and unfair or deceptive acts or practices:
(1) MISREPRESENTATION AND FALSE ADVERTISING.--Knowingly making, issuing, circulating, or causing to be made, issued, or circulated, any estimate, illustration, circular, statement, sales presentation, omission, or comparison which:
(a) Misrepresents the benefits, advantages, conditions, or terms of any of any kind.
(b) Is misleading or is a misrepresentation as to the financial condition of any person.
(c) Uses any name or title of any contract misrepresenting the true nature thereof..
(2) FALSE INFORMATION AND ADVERTISING GENERALLY.--Knowingly making, publishing, disseminating, circulating, or placing before the public, or causing, directly or indirectly, to be made, published, disseminated, circulated, or placed before the public:
(a) In a newspaper, magazine, or other publication;
(b) In the form of a notice, circular, pamphlet, letter, or poster;
(c) Over any radio or television station; or
(d) In any other way,

DEFAMATION.--Knowingly making, publishing, disseminating, or circulating, directly or indirectly, or aiding, abetting, or encouraging the making, publishing, disseminating, or circulating of, any oral or written statement, or any pamphlet, circular, article, or literature, which is false or maliciously critical of, or derogatory to, any person and which is calculated to injure such person.

(4) FALSE STATEMENTS AND ENTRIES.–

(a) Knowingly:

1. Filing with any supervisory or other public official;
2. Making, publishing, disseminating, or circulating;
3. Delivering to any person;
4. Placing before the public; or
5. Causing, directly or indirectly, to be made, published, disseminated, circulated, delivered to any person, or placed before the public,

any false statement.

Lawfirm
Brooks & Alayon, LLP
4551 Ponce De Leon Blvd
Coral Gables, FL 33146
305-221-2110.

This will serve as your legal notice to cease and desist all further actions described above. You are hereby instructed to comply with this letter immediately or face legal sanctions under applicable Federal and State law.

I may utilize telephone recording devices to document any telephone conversations that we may have in the future if you fail to comply with this cease and desist letter.

Please give this very important matter the utmost attention.

I intend to keep a log of any contacts you make with me after you receive this letter.

Sincerely,
Richard Alayon ESQ

E-mail #2