UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 11-39825 LMI
Chapter 7

In Re:
LESLIE HOWARD ROBERTS, JR.
SILVIA CASTRO ROBERTS,

Debtors. /

LESLIE HOWARD ROBERTS, JR.,
SILVIA CASTRO ROBERTS,

Adversary Case No: 13-01141-LMI

Plaintiffs,

vs.

RYAN MACK D/B/A GRIFFIN
GALLERIES,

Defendant. /

**NOTICE OF FILING SWORN DECLARATION OF FACT OF MIKHAEL ANN BORTZ AS REPRESENTATIVE OF BRITTO CENTRAL, INC. AND MAGICAL THINKING ART, INC.**

Defendant/Counter-Plaintiff, RYAN MACK, hereby file this his Notice of Filing Sworn Declaration of Mikhael Ann Bortz as Representative of Britto Central, Inc. and Magical Thinking Art, Inc., which is attached hereto.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
Florida Bar No. 0055336
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)
ralfriedman@hotmail.com

# Exhibit Cover Sheet

**Party submitting:** Defendant **Ex. #102**

**Admitted: Yes or No (circle one)**

**Debtor: Leslie Howard Roberts JR. and Silvia Castro Roberts**

**Case No.:** **11-39825-LMI**

***Adv. No*.:** **13-0111-LMI**

Nature of Hearing/
Docket No: Trial

**United States Bankruptcy Court**
Southern District of Florida

Dated ______________ , 2013.

By:______________________, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 11-39825 LMI
Chapter 7

In Re:
LESLIE HOWARD ROBERTS, JR.
SILVIA CASTRO ROBERTS,

Debtors. /

LESLIE HOWARD ROBERTS, JR.,
SILVIA CASTRO ROBERTS,

Adversary Case No: 13-01141-LMI

Plaintiffs,

vs.

RYAN MACK D/B/A GRIFFIN
GALLERIES,

Defendant. /

**SWORN DECLARATION OF FACT OF MIKHAEL ANN BORTZ AS REPRESENTATIVE OF, BRITTO CENTRAL, INC. AND MAGICAL THINKING ART, INC.**

1. My name is Mikhael Ann Bortz, General Counsel for Britto Central, Inc. and Magical Thinking Art, Inc. and I am a licensed attorney in the State of Florida.

2. Romero Britto is a world renowned artist whose unique and colorful works are exhibited in galleries and museums across the globe. Britto Central, Inc. represents Romero Britto's works and engages in various business ventures related to such artistic works. Magical Thinking Art is the exclusive worldwide publisher of Romero Britto art and works with a network of fine art galleries, public installations, museums and private collections all over the world.

3. Britto Central, Inc. has previously determined that the twenty-two (22) alleged Romero Britto paintings marked as Les Roberts Deposition Exhibit 6 containing a list of twenty-

two (22) paintings and associated photographs are not authentic Romero Britto paintings.

4. Britto Central, Inc. has received the Les Roberts Deposition Exhibit 8 containing a list of forty-three (43) alleged Romero Britto paintings and associated photographs and cannot authenticate these paintings as Romero Britto paintings. Britto Central's official authentication process requires more information, including but not limited to 4x5 inch detailed color transparencies of the front and back of these paintings, information on dimensions and media, as well as any and all provenance information. These materials have not been provided to Britto Central, Inc.

5. According to company records, in 2009 Les Roberts and Coral Gables Gallery had made legitimate purchases of art for resale from Britto Central, Inc. and Magical Thinking Art, Inc.

6. Britto Central, Inc. and Magical Thinking Art, Inc. in the normal course of business maintain written documentation of the sales of art or art sent on consignment.

7. Britto Central, Inc. and Magical Thinking Art, Inc. has made a diligent search of its past records and can find no documents, invoices, purchase orders or consignment agreements to Les Roberts, Silvia Castro, Britto in the Grove or Coral Gables Galleries for any of the specific alleged Romero Britto paintings listed in Les Roberts Deposition Exhibit 6.

8. I was asked to review and authenticate an e-mail Bates stamped as RM003033 dated December 29, 2009 allegedly from Romero Britto to MICHEL@mstamati.com.

9. I can confirm that this e-mail was not from Romero Britto.

Executed at Miami, Florida, March 19, 2014. I declare under penalty of perjury that the foregoing is true and correct.

Mikhael Ann Bortz, Esq.

General Counsel for Britto Central, Inc. and
Magical Thinking Art, Inc.

APPROVED AS TO FORM:

____/s/ Kaari Gagnon________
Kaari Gagnon, Esq.
Associate

Zarco Einhorn Salkowski & Brito, P.A.
Miami Tower
100 S.E. 2nd Street, Suite 2700
Miami, FL 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428

ATTORNEY FOR DECLARANT