**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

SO. DISTRICT OF FLORIDA
JUN 16 2014
RECEIVED

In Re:

Leslie Howard Roberts, Jr.
Silvia Castro Roberts,
Debtors.
_____________________/

Case No. 11-39825 LMI
Chapter 7

Leslie Howard Roberts, Jr.
Silvia Castro Roberts,
Plaintiffs,

Adv. Case No. 13-01141 LMI

vs.

Ryan Mack d/b/a
Griffin Galleries,
Defendant.
_____________________/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[✓] Plaintiff [ ] Defendant [✓] Debtor [ ] Other__________

Date of Hearing/Trial: March 20, 2014, March 21, 2014

Type of Hearing/Trial: Trial on the Debtors' Complaint to Determine Dischargeability of Debt
Trial on the Creditor's Counterclaim for Damages

SUBMITTED BY: Mark S. Steinberg
9400 S. Dadeland Blvd Penthouse Five
Miami, Florida 33156
(Tel.) (305) 671-0015

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| "A" | Chargeback Records | A | | |
| "A.1" | Emails from PayPal Customer Service | A | | |
| "A.2" | Citibank Chargebacks | A | | |
| "A.3" | Barclays Chargebacks | A | | |
| "A.4" | Cardmember Service Chargebacks | A | | |

**Witness List**

Leslie Howard Roberts (Debtor)
5959 Collins Avenue
Apartment 908
Miami Beach, Florida 33140

The Witness will testify regarding the facts that gave rise to the allegations contained in the Complaint to Determine Dischargeability and in the Affirmative Defenses to the Defendant's Counterclaim.

Silvia Castro Roberts (Co-Debtor)
5959 Collins Avenue
Apartment 908
Miami Beach, Florida 33140

The Witness will testify regarding the facts that gave rise to the allegations contained in the Complaint to Determine Dischargeability and in the Affirmative Defenses to the Defendant's Counterclaim.

Ryan Mack (Defendant/Counter-Plaintiff)
5222 West 78th Street
Edina, Minnesota 55435

The Witness will testify regarding the allegations contained in his Counterclaim.

Mikhael Ann Bortz
Britto Central, Inc.
150 NW 25th St
Miami, Florida 33127
(305) 938-2857

The Witness will testify to the authenticity or lack thereof of the artwork acquired by the Defendant and the process used to arrive at that determination.

Any witnesses called by the Defendant/Counter-Plaintiff.