**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In Re: Case No: 11-39825 LMI
Chapter 7

Leslie Howard Roberts, Jr.,
Silvia Castro Roberts,

Debtors.
_____________________________/

SO. DISTRICT OF FLORIDA
JUN 16 2014
RECEIVED

Leslie Howard Roberts, Jr.,
Silvia Castro Roberts,

Adversary No: 13-01141-LMI

Plaintiffs,

vs.

Ryan Mack d/b/a
Griffin Galleries,

Defendants.
_____________________________/

**DEFENDANT RYAN MACK D/B/A GRIFFIN GALLERIES AMENDED EXHIBIT LIST**

(Hearing on Leslie Howard Roberts, Jr., and Silvia Castro Roberts' Complaint to Determine Dischargeability (Doc. No. 1))
Hearing Date: March 20, 2014

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | Valentine Be Mine (Painting) WYN-324123-05 | | A | |
| 2. | Untitled(Painting) WYN 818-1572-02 | | A | |
| 3. | Love and Dance (Painting) | | A | |
| 4. | Untitled (Painting) 818-8173-04 | | A | |
| 5. | The Night For Love (Painting) WYN-81858173507 | | A | |
| 6. | The Garden Love (Painting) WYN-4236118-06 | | A | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 7. | Tasteful Fruit (Painting) WYN-818-159753-04 | | A | |
| 8. | Soaring for Love (Painting) 818-142548-02 | | A | |
| 9. | Running Love (Painting) WYN-8185234-05 | | | |
| 10. | Rosetta Night (Painting) WYN81846883703 | | | |
| 11. | Red Dress (Painting) WYN 428216806 | | | |
| 12 | Playing with Him (Painting) 818-5097-01 | | | |
| 13. | Perfect Day (Painting) 818-061709-03 | | | |
| 14. | Passion Dance (Painting) WYN-103118907 | | | |
| 15. | Ocean Love (Painting) WYN-818-582917-06 | | | |
| 16. | Moonlight Pals (Painting) WYN-267706-AB | | | |
| 17. | Martini Love (Painting) WYN-818-79356-06 | | | |
| 18. | Love and Dance (Painting) WYN-818-2410905-07 | | | |
| 19. | From My N.Y. Home (Painting) 818-3354-03-AD | | | |
| 20. | Britto Dog (Painting) WYN-818-0607-04 | | | |
| 21. | Untitled (Painting) 818-48902-02 | | | |
| 22. | Untitled (Painting) 818-48903-02 | | | |
| 23. | His and Hers (Painting) 818-1324-02 | | | |
| 24. | Untitled (Painting) WYN-818-1897-98 | | | |
| 25. | Photo of sold Painting Front and Back title: **With One Another** 818-23612-01 | | | |
| 26. | Photo of sold Painting Front and Back title: **Waiting Passion** WYN-818-8124-00 | | | |
| 27. | Photo of sold Painting Front and Back title: **UNTITLED** APR-0982-06 | | | |
| 28. | Photo of sold Painting Front and Back title: **UNTITLED ADR 2002** | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 29. | Photo of sold Painting Front and Back title: **Royal Flowers** 818-1868-01 | | A | |
| 30. | Photo of sold Painting Front and Back title: **UNTITLED** 818-1467-04 | | | |
| 31. | Photo of sold Painting Front and Back title: **Playing with Him** | | | |
| 32. | Photo of sold Painting Front and Back title: **Playing with Her** 818-5098-01 | | | |
| 33 | Photo of sold Painting Front and Back title: **Pink Flower** 818-21354-05 | | | |
| 34. | Photo of sold Painting Front and Back title: **UNTITLED** WYN-818-7023-03 | | | |
| 35. | Photo of sold Painting Front and Back title: **UNTITLED** WYN-1573-01 | | | |
| 36. | Photo of sold Painting Front and Back title: **UNTITLED** 818-041809-02 | | | |
| 37. | Photo of sold Painting Front and Back title: **Martini Passion** | | | |
| 38. | Photo of sold Painting Front and Back title: **Love has Wings** 818-1962-01 | | | |
| 39. | Photo of sold Painting Front and Back title: **Love Grows** | | | |
| 40. | Photo of sold Painting Front and Back title: **UNTITLED** 818-032072-02 | | | |
| 41. | Photo of sold Painting Front and Back title: **UNTITLED** 818-032073-02 | | | |
| 42. | Photo of sold Painting Front and Back title: **UNTITLED** 818-032071-02 | | | |
| 43. | Photo of sold Painting Front and Back title: **Little Tulip** 818-8726-02 | | | |
| 44. | Photo of sold Painting Front and Back title: **The Happy Girl** 818-7945-03 | | | |
| 45. | Photo of sold Painting Front and Back title: **UNTITLED** 818-06069-05 | | | |
| 46. | Photo of sold Painting Front and Back title: **Fun in the Sun** 818-2459-01 | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 47. | Photo of sold Painting Front and Back title: **Fruit bowl Series** | | A | |
| 48. | Photo of sold Painting Front and Back title: **Forever Together** | | | |
| 49. | Photo of sold Painting Front and Back title: **FOR HER** WYN-1489-04 | | | |
| 50. | Photo of sold Painting Front and Back title: **Playing with Him** | | | |
| 51. | Photo of sold Painting Front and Back title: **Fluffy Colors** | | | |
| 52. | Photo of sold Painting Front and Back title: **Colors of Love** WYN 818-1980-00 | | | |
| 53. | Photo of sold Painting Front and Back title: **UNTITLED** WYN-1898-98 | | | |
| 54. | Photo of sold Painting Front and Back title: **UNTITLED** WYN-818-8641-03 | | | |
| 55. | Photo of sold Painting Front and Back title: **UNTITLED** 2003 (Black White Face) | | | |
| 56. | Photo of sold Painting Front and Back title: **UNTITLED (Boy with Dog)** WYN 442808AB | | | |
| 57. | Photo of sold Painting Front and Back title: **UNTITLED** WYN261606 AB | | | |
| 58. | Photo of sold Painting Front and Back title: **Black Cat** WYN-1270-03 | | | |
| 59. | Photo of sold Painting Front (Two Cats) | | | |
| 60. | Photo of sold Painting Front (House) | | | |
| 61. | Photo of sold Painting Front (Smiling Girl) | | | |
| 62. | Photo of sold Painting Front (Martini Glass) | | | |
| 63. | Photo of sold Painting Front (Smiling White Cat) | | ↓ | |
| 64. | Summary with invoices showing that Griffin Galleries obtained Exhibits 1 -63 from Plaintiffs or their Galleries | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 65. | Summary with invoices showing the sale of Exhibits 25-63 by Griffin Galleries | | | |
| 66. | E-mail from lindasafira1@yahoo.comto rlambo121@aol.com dated 12/10/2009 | | A | |
| 67. | E-mail from Silvia Castro to Michael@mstamati.com dated 12/18/2009 | | A | |
| 68. | E-mail from lindasafira1@yahoo.com to rlambo121@aol.com dated 12/19/2009 | | A | |
| 69. | E-mail from lindasafira1@yahoo.comto rlambo121@aol.com dated 12/27/2009 | | A | |
| 70. | E-mail from lindasafira1@yahoo.comto rlambo121@aol.com dated 12/30/2009 | | A | |
| 71. | E-mail from michrosen99@yahoo.com to rlambo121@aol.com dated 12/24/2009 | | A | |
| 72. | E-mail from michrosen99@yahoo.com to lindasafira1@yahoo.com dated 12/24/2009 | | A | |
| 73. | Deposition Transcript of Leslie Roberts dated August 15, 2013 | | A | |
| 74. | Deposition Transcript of Silvia Castro dated August 15, 2013 | | | |
| 75. | Deposition Transcript of Mikhael Ann Bortz dated November 8, 2013 | | | |
| 76. | Financial Records from CitiBank for account #913548705, #3200715871 and #9135484705 bate stamped RM27-768 | | | |
| 77. | Unknown Documents seized by the FBI from Plaintiffs | WITHDRAWN | N/A | N/A |
| 78. | Invoices obtained from Les Roberts for Magical Thinking Art bate stamped RM 1-26 | | A | |
| 79. | Letter from Chase Bank with Inventory Listing RM001207 to RM0001209 | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 79(a) **Exh. #** | Statements from Chase Bank for Via Max, Inc, #000000939719019 for **June. 7, 2011 to Dec. 27, 2012** **RM001224 to RM001333** | | | |
| 79(b). | Statements from Chase Bank for Via Max, Inc, #000003027496029 for **June. 7, 2011 to Sep. 28, 2012** **RM001334 to RM001383** | | | |
| 79(c). | Statements from Chase Bank for Max in the Grove, LLC, #000000881071450 for **Jan. 1, 2011 to Jul. 24, 2012** **RM001582 to RM001767** | | | |
| 80. | Business Records Affidavit from TD Bank | | | |
| 80(a). | Statements from TD Bank for Max in the Grove, LLC, #425-3026532 for **Sep. 15, 2010 to Jan. 31, 2012** **RM001030 to RM001164** | | | |
| 80(b), | Checks from TD Bank for Max in the Grove, LLC, #425-3026532 **RM001165 to RM001206** | | | |
| 81. | Complaint for Damages, Preliminary and Permanent Injunctive Relief in the case of Britto Central, et al v. Les Roberts, et al, Case No. 13-cv-00197-SRN-JJG | | | |
| 82. | Documents from Yahoo, Inc. for e-mail of michrosen99@yahoo.com | | A | |
| 83. | Twitter information on Micheal Miles @michrosen99.com | | | |
| 84. | Declaration from Citibank and Statements for European Fashion Outlet, LLC with Checks from Jan. 1, 2011 to June 30, 2012 **RM002937 to RM002895** | | | |
| 85. | Articles of Incorporation Coral Gables Galleries | | | |
| 86. | Articles of Incorporation Via Max Inc. | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 87. | Articles of Organization for European Fashion Outlet, LLC | | | |
| 88. | Credit and Paypal Disputes with supporting documents **RM003041 to RM003109** | | A | |
| 89. | Updated Summary of Damages Claimed against Debtors in amount of **$485,029.09** | | | |
| 90. | Certificate of Authenticity for the following representatives paintings: "Playing with Him" "Love in Bloom" "Martini Love" "Martini Party" | | | |
| 91. | E-mail from lindasafira1@yahoo.comto rlambo121@aol.com dated 11/9/2009 | | | |
| 92. | E-mail from lindasafira1@yahoo.comto rlambo121@aol.com dated 12/26/2009 | | A | |
| 93. | E-mail from MICHEL@mstamati.com to rlambo121@aol.com dated 12/30/2009 | | A P2 only | |
| 94. | E-mail from lindasafira1@yahoo.com to rlambo121@aol.com dated 1/7/2010 | | A | |
| 95. | E-mail from lindasafira1@yahoo.com to rlambo121@aol.com dated 1/8/2010 | | | |
| 96. | E-mail from Jessica@magicalthinkingart.com to rlambo121@aol.com dated 1/29/2010 | | | |
| 97. | E-mail from Les Roberts to Merchant Service dated 4/13/2010 | | | |
| 98. | E-mail from lindasafira1@yahoo.com to rlambo121@aol.com dated 4/28/2010 | | | |
| 99. | Voluntary Petition | | | |
| 100. | Illustrative Evidence of Bank Account Summary of Income and Withdraws during the six months before filing Bankruptcy. | | | |
| | | | | |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Defendant reserves the right to amend and use any disclosed but unmarked exhibits as rebuttal or in response to direct testimony,