**ORDERED in the Southern District of Florida on June 17, 2014.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

**Leslie Howard Roberts, Jr.** **Case No. 11-39825 LMI**
**Silvia Castro Roberts,** **Chapter 7**
**Debtors.**
**_______________________/**

**Leslie Howard Roberts, Jr.** **Adv. Case No. 13-01141 LMI**
**Silvia Castro Roberts,**
**Plaintiffs,**

**vs.**

**Ryan Mack d/b/a**
**Griffin Galleries,**
**Defendant.**
**_______________________/**

**FINAL JUDGMENT**

This matter came before the Court on March 20, 2014 on the Debtors/Plaintiffs' complaint to determine dischargeability of any claimed debt of Ryan Mack d/b/a Griffin Galleries.

Creditor Ryan Mack filed an Answer and Counterclaim seeking a determination that the Debtors are obligated to him in an amount in excess of $75,000.00 revised to $485,029.09 at trial and that such debt is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A) and §523(a)(6).

For the reasons stated on the record, the Court enters judgment in favor of the Plaintiffs/Debtors.

# # #